JOSHUA N. KASTAN (SBN 284767)
JNK@DKMLAWGROUP.COM
JESSICA J. ROSS (SBN 313988)
JJR@DKMLAWGROUP.COM
DKM LAW GROUP, LLP
535 PACIFIC AVENUE, STE. 101
SAN FRANCISCO, CA 94133
TEL: (415) 421-1100

DAVID M. KRUEGER (*Pro Hac Vice*)
NORA K. COOK (*Pro Hac Vice*)
Benesch, Friedlander, Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:   216.363.4500
Facsimile:    216.363.4588
dkrueger@beneschlaw.com
ncook@beneschlaw.com

Attorneys for Defendant USAA Savings Bank

Carlos C. Alsina-Batista (CA Bar #327286)
The Law Offices of Jeffrey Lohman, P.C
28544 Old Town Front St., Suite 201
Temecula, CA 92590
T: (657) 363-3331
F: (714) 888-4528
E: CarlosA@jlohman.com

Attorney for Plaintiff, Edward Beenau

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD BEENAU,<br><br>          Plaintiff,<br><br>     vs.<br><br>USAA SAVINGS BANK,<br><br>          Defendant. | CASE NO. 1:20-cv-00520-NONE-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO STAY PROCEEDINGS (Doc. 17)** |

**[~~PROPOSED~~] ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED CASE BY THE UNITED STATES SUPREME COURT**

The Parties have stipulated to a stay of these proceedings pending the United States Supreme Court's resolution of *Facebook, Inc. v. Duguid*, Case No. 19-511, 2020 WL 3865252 (Order of July 9, 2020). The Parties believe the U.S. Supreme Court's decision in *Facebook, Inc. v. Duguid* will be dispositive in this matter and agree it would serve judicial economy to stay all proceedings pending the U.S. Supreme Court's resolution of that case. Thus, the Court **ORDERS**:

1. The Stipulation to Stay Proceedings Pending Resolution of Related Case by the United States Supreme Court is granted. All proceedings in this action are stayed until further order of the Court.
2. The Parties shall file a joint status report within fourteen days of the U.S. Supreme Court's ruling in *Facebook, Inc. v. Duguid*.

IT IS SO ORDERED.

Dated: **July 18, 2020**

**/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE