UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BEENAU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>USAA SAVINGS BANK,<br><br>　　　　Defendant. | CASE NO. 1:20-cv-00520-NONE-JLT<br><br>**ORDER LIFTING STAY** |

The Court granted the parties' stipulation to stay the action to allow the United States Supreme Court to decide *Facebook, Inc., v. Duguid*, Case No. 19-511. (Doc. 17) That has occurred. (Doc. 18) Thus, the Court **ORDERS**:

　　1.　　The sty is LIFTED;

　　2.　　The Court sets a further scheduling conference on May 27, 2021 at 8:30 a.m. No later than May 21, 2021, counsel SHALL file a joint report detailing the status of the case and proposing dates for the case schedule.

IT IS SO ORDERED.

Dated:　__April 15, 2021__　　　　　　　　__/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE