JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
DKM LAW GROUP, LLP
535 Pacific Avenue, Ste. 101
San Francisco, CA 94133
Tel: (415) 421-1100

DAVID M. KRUEGER (*pro hac vice*)
dkrueger@beneschlaw.com
NORA K. COOK (*pro hac vice*)
ncook@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44140
Tel: (216) 363-4500
*Attorneys for Defendant USAA SAVINGS BANK*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BAKERSFIELD DIVISION**

| | |
|---|---|
| EDWARD BEENAU,<br><br>                    Plaintiff,<br><br>     v.<br><br>USAA SAVINGS BANK,<br><br>                    Defendant. | Case No. 1:20-cv-00520-NONE-JLT<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Edward Beenau and Defendant USAA Savings Bank stipulate that the above-entitled action by Plaintiff is dismissed with prejudice and each party to bear its or his own fees and costs.

///
///
///
///
///

DATED: October 27, 2021

Respectfully submitted,

*/s/ Jeremy E. Branch [with e-mail authorization]*
Jeremy E. Branch
THE LAW OFFICES OF
JEFFREY LOHMAN, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
JeremyB@jlohman.com
Tel: (866) 329-9217

*Attorney for Plaintiff*

*/s/ Joshua N. Kastan*
JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
DKM LAW GROUP, LLP
535 Pacific Avenue, Ste. 101
San Francisco, CA 94133
Tel: (415) 421-1100

DAVID M. KRUEGER (*pro hac vice*)
dkrueger@beneschlaw.com
NORA K. COOK (*pro hac vice*)
ncook@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44140
Tel: (216) 363-4500

*Attorneys for Defendant USAA Savings Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2021, I electronically filed an accurate copy of the foregoing with the Clerk of Court via CM/ECF, which will send electronic notice of the same to all parties of record.

*/s/ Joshua N. Kastan*
JOSHUA N. KASTAN