# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BEENAU,<br><br>            Plaintiff,<br><br>      vs.<br><br>USAA SAVINGS BANK,<br><br>            Defendant. | CASE NO. 1:20-cv-00520-NONE-JLT<br><br>**ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE**<br>**(Doc. 27)** |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action has with prejudice with each side to bear their own fees and costs. (Doc. 27) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

   Dated:   **October 28, 2021**           **/s/ Jennifer L. Thurston**
                              CHIEF UNITED STATES MAGISTRATE JUDGE